NO. 07-01-0341-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

FEBRUARY 20, 2002

_____

TREVOR ROSS WOOD, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE COUNTY COURT OF ARMSTRONG COUNTY;

NO. 2494; HONORABLE HUGH REED, JUDGE

_____

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

**MEMORANDUM OPINION**[*]

Pursuant to a plea of guilty, appellant Trevor Ross Wood was convicted of driving while intoxicated and sentenced to 30 days confinement in the Armstrong County Jail, suspended for one year, and a $500 fine. By a sole point of error, appellant contends the

_____

[*]Tex. R. App. P. 47.1.

trial court erred in denying his motion to suppress evidence because there was no probable cause to stop appellant. For the reasons expressed herein, we reverse and render.

Relying on Vicknair v. State, 751 S.W.2d 180 (Tex.Cr.App. 1986), appellant contends his motion to suppress should have been granted because his arrest and subsequent conviction resulted from an unlawful stop for a cracked taillight. With commendable professional candor, the State agrees with appellant that his motion to suppress should have been granted. Appellant's point of error is sustained.

Accordingly, the judgment of the trial court is reversed and a judgment of acquittal is hereby rendered.

Don H. Reavis<br>
Justice

Do not publish.

2